FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 1 0 2011

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02015-BNB
(The above civil action number must appear on all future papers
sent to the court in this action.  Failure to include this number
may result in a delay in the consideration of your claims.)

DERRICK JOHN ARAGON, and
JOHN WILLIAM ZIMMERMAN,

      Plaintiffs,

v.

KENNETH D. McCLINTOCK, a.k.a. Secretary of Treasury, or Puerto Rico/United
    States,
TIMOTHY GEITHNER, a.k.a. Secretary of Treasury, or Puerto Rico/United States, and
ALIEN PROPERTY CUSTODIAN, Department of Contract Settlements,

      Defendants.

_____

## ORDER DIRECTING PLAINTIFFS TO CURE DEFICIENCIES

_____

      Plaintiffs have submitted a document titled "Article III Jurisdiction This is an

Admiralty or Maritime Claim Within the Meaning of Rule 9(h)."  As part of the court's

review pursuant to D.C.COLO.LCivR 8.2, the court has determined that the submitted

document is deficient as described in this order.  Plaintiffs will be directed to cure the

following if they wish to pursue their claims.  Any papers which the Plaintiffs file in

response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**
(1)    <u>X</u>    is not submitted: (<u>Each Plaintiff must submit an individual § 1915 motion.</u>)
(2)    <u>   </u>    is missing affidavit
(3)    <u>X</u>    is missing certified copy of prisoner's trust fund statement for the 6-month
                   period immediately preceding this filing
(4)    <u>   </u>    is missing certificate showing current balance in prison account

| | | |
|---|---|---|
| (5) | __ | is missing required financial information |
| (6) | __ | is missing an original signature by the prisoner |
| (7) | __ | is not on proper form (must use the court's current form) |
| (8) | __ | names in caption do not match names in caption of complaint, petition or habeas application |
| (9) | __ | An original and a copy have not been received by the court. Only an original has been received. |
| (10) | X | other: <u>Motions are necessary only if $350.00 filing fee is not paid in advance.</u> |

**Complaint, Petition or Application**:

| | | |
|---|---|---|
| (11) | X | is not submitted: <u>(Complaint must include original signature by each Plaintiff).</u> |
| (12) | __ | is not on proper form (must use the court's current form) |
| (13) | __ | is missing an original signature by the prisoner |
| (14) | __ | is missing page nos. ___ |
| (15) | __ | uses et al. instead of listing all parties in caption |
| (16) | __ | An original and a copy have not been received by the court.  Only an original has been received. |
| (17) | __ | Sufficient copies to serve each defendant/respondent have not been received by the court. |
| (18) | __ | names in caption do not match names in text |
| (19) | __ | other _____ |

Accordingly, it is

ORDERED that the Plaintiffs cure the deficiencies designated above **within thirty (30) days from the date of this order**.  Any papers which the Plaintiffs file in response to this order must include the civil action number on this order.  It is

FURTHER ORDERED that the Plaintiffs shall obtain the court-approved Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and Prisoner Complaint forms (with the assistance of a case manager or the facility's legal assistant), along with the applicable instructions, at <u>www.cod.uscourts.gov</u>.  It is

FURTHER ORDERED that, if the Plaintiffs fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the action will be

dismissed without further notice.  The dismissal shall be without prejudice.

DATED August 10, 2011, at Denver, Colorado.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-02015-BNB

Derrick John Aragon
Prisoner No. 137352
Fremont Corr. Facility
P.O. Box 999
Cañon City, CO 81215-0999

John William Zimmerman
Prisoner No. 104519
Fremont Correctional Facility
PO Box 999
Cañon City, CO 81215

I hereby certify that I have mailed a copy of the **ORDER** to the above-named
individuals on August 10, 2011.

GREGORY C. LANGHAM, CLERK

By:_____
Deputy Clerk